tomasestebanstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL
FILED
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TOMAS DELA CRUZ ESTEBAN,<br><br>    Defendant. | CRIMINAL CASE NO. 00-00015<br>CIVIL CASE NO. 03-00007<br><br>**STIPULATION OF PARTIES TO SETTLEMENT OF § 2255 PETITION AND ORDER TO VACATE SENTENCE** |

On October 7, 2003, defendant filed a habeas corpus petition, pursuant to Title 28, United States Code, § 2255 seeking to set vacate his convictions and sentences on three convictions relating to conspiracy and importation of methamphetamine hydrochloride. He had received 360 months incarceration, to run concurrently on each count.

On April 30, 2004, this Honorable Court denied most of the grounds upon which defendant based his petition, but granted an evidentiary hearing on issues related to competence of counsel. The defense attorney had retired some time before defendant's petition was filed. The evidentiary hearing was initially set for October 15, 2004, and then to November 24, but had to be continued because the former counsel has not been available.

The parties have met, discussed the merits of defendant's petition, and considered the cost of returning counsel for an evidentiary hearing. The parties are in accord that this matter should be resolved without further proceedings.

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that defendant's sentence on Cr. No. 00-00015 be vacated. The parties stipulate that it is their position that defendant be resentenced to 168 months incarceration, to run concurrently on all counts. It is further the stipulation of the parties that defendant accepts this settlement as a fair and just resolution of his § 2255 petition, and he agrees to bring no further action to contest the validity of his convictions or new sentence, should the court agree to this stipulation.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 5/4/05           By: _____
                            KARON V. JOHNSON
                            Assistant U.S. Attorney


DATED: 5/10/05          _____
                            G. PATRICK CIVILLE
                            Counsel for Defendant/Petitioner

* * * ORDER * * *

IT IS APPROVED AND SO ORDERED that the sentence in the above-entitled matter be vacated. Sentencing will be set for the 12th day of July, 2005 at 9:30 a.m. The May 12, 2005 evidentiary hearing is hereby vacated.

_____
DAVID O. CARTER*
Designated Judge
District Court of Guam

*District Judge, Central District of California
Sitting by Designation

2

RECEIVED
MAY 10 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM